[Nos. 32797-0-II; 33844-1-II.   Division Two.   March 14, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. WARD KENNETH DENO, *Appellant.*

*In the Matter of the Personal Restraint of* WARD K. DENO, *Petitioner.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 04-1-00980-2, Theodore F. Spearman, J., entered January 21, 2005, together with a petition for relief from personal restraint. Judgment *reversed* and petition *denied* by unpublished opinion per Penoyar, J., concurred in by Bridgewater and Armstrong, JJ.

[No. 32898-4-II.   Division Two.   March 14, 2006.]

*In the Matter of the Marriage of* ERIN E. ZECH, *Respondent*, and DONALD G. ZECH, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 01-3-03260-6, D. Gary Steiner, J., entered February 18, 2005. *Affirmed in part* and *remanded* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, C.J., and Hunt, J.

[No. 32942-5-II.   Division Two.   March 14, 2006.]

RICHARD ASCHE ET AL., *Appellants*, v. MELANY BLOOMQUIST ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 05-2-00272-9, M. Karlynn Haberly, J., entered March 1, 2005. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Quinn-Brintnall, C.J., and Van Deren, J. Now published at 132 Wn. App. 784.